

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-15-2007

# Marra v. Phila Housing Auth

Precedential or Non-Precedential: Precedential

Docket No. 06-1140

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Marra v. Phila Housing Auth" (2007). *2007 Decisions.* Paper 503.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/503

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Paul R. Rosen, Esquire
Andrew J. DeFalco, Esquire (Argued)
Spector, Gadon & Rosen
1635 Market Street, 7th Floor
Philadelphia, PA 19103

Counsel for Appellees

Elizabeth J. Rubin, Esquire (Argued)
Howard S. Stevens, Esquire
David A. Searles, Esquire

Counsel for Appellant

OPINION

SLOVITER, Circuit Judge.

Jessamyne M. Simon, Esquire
Buchanan Ingersoll & Rooney
1835 Market Street, 14th Floor
Philadelphia, PA   19103

      Counsel for Appellant

Nancy D. Wasser, Esquire (Argued)
1617 John F. Kennedy Boulevard
One Penn Center, Suite 1130
Philadelphia, PA   19103

      Counsel for Appellees

## ORDER  AMENDING  PRECEDENTIAL  OPINION

AMBRO, *Circuit Judge*

     IT IS NOW ORDERED that the Precedential Opinion in the above case filed August 2, 2007, be amended as follows:

     On page 25, on both the last and sixth to last line, replace the word "*Tube*" with "*Lube*", so that the cited phrase reads "*Lightning Lube*."

            By the Court,


            /s/ Thomas L. Ambro, Circuit Judge

Dated:  August 15, 2007
CLC\cc: Melanie M. Kennedy, Esq.       Jessamyne M. Simon, Esq.
     Nancy D. Wasser, Esq.